*Law Office of*
# Avram H. Schreiber

40 EXCHANGE PLACE, SUITE 1300 • NEW YORK, N.Y. 10005
TEL: (212) 425-7670
FAX: (212) 425-9237

AVRAM H. SCHREIBER
CRISTINA CRUZ
WOOMEE LEE

EVAN SARZIN*
OF COUNSEL

December 6, 2005

*MEMBER OF N.Y. & FLA. BAR

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

DEC 12 2005

BROOKLYN OFFICE

*Re:* **Theodore King and Gary LaBarbera, et al. v.
Seacoast Petroleum Products, Inc.
Index No. CV-05-5146 (JG)(JMA)**

Dear Honorable Madam:

Our office represents the Plaintiffs in the above referenced action.

I write with regard to Your Honor's Order dated November 21, 2005, which states an that initial conference in the above-referenced matter be held on March 28, 2006. Please be advised that a Request to Enter Default Judgment was electronically filed on today's date.

As such, Plaintiffs respectfully request the initial conference in this matter be cancelled.

Thank you for your courtesy and cooperation.

Very truly yours,

*Granted*

Avram H. Schreiber

AHS:gagae

s/Joan M. Azrack

12-7-05