UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THEODORE KING and GARY LA BARBERA,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

Index # CV-05-5146 (JG) (JMA)

Plaintiffs,

-against-

**JUDGMENT AND
PERMANENT INJUNCTION**

SEACOAST PETROLEUM PRODUCTS, INC.,

Defendant.
------------------------------------------------------------X

This action having been commenced on November 3, 2005, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant SEACOAST PETROLEUM PRODUCTS, INC., by service upon the Secretary of State on November 7, 2005, and Defendant having failed to appear and answer and Defendant being in default, and Defendant not being an infant, incompetent or in the military of the United States,

NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs THEODORE KING and GARY LA BARBERA, as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendant SEACOAST PETROLEUM PRODUCTS, INC., in the amount of $8,026.29, plus costs and disbursements in the sum of $325.00, totaling $8,351.29, and that Plaintiffs have execution therefore, and it is further,

ORDERED, ADJUDGED AND DECREED, that Defendant and its agents, directors, officers, successors, heirs and assigns, shall not, for so long as they remain obligated to

contribute to the Plaintiff FUNDS, fail, refuse or neglect to submit required contribution reports and payments in accordance with the rules of the Fund, and it is further,

ORDERED, ADJUDGED AND DECREED, that Defendant's obligation pursuant to this injunction shall remain in force and effect as long as they are signatory to a Collective Bargaining Agreement with Local 282 I.B. of T. and/or are obligated to pay contributions to the Plaintiffs herein pursuant to a Collective Bargaining Agreement, Declaration of Trust or any other obligation to contribute to Plaintiff FUNDS.

Dated: Brooklyn, New York
         , 2005

SO ORDERED AND ADJUDGED

s/John Gleeson
JOHN GLEESON - U.S.D.J.

12-27-05